IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FRANK TRIANTOS, | : | BANKR. NO. 19-16763-pmm |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | ADV. NO. 20-0161 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK TRIANTOS, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATEMENT CONCERNING
PARTICIPATION IN MEDIATION PROGRAM**

Plaintiff Andrew R. Vara, the United States trustee for Region 3, and Defendant

Frank Triantos, by and through their undersigned counsel, state they decline to participate in the

court-annexed mediation program at this time.

ANDREW R. VARA
United States trustee

By: /s/ Dave P. Adams
    Dave P. Adams, Esq.
    Attorney for Plaintiff
    Office of the U. S. Trustee
    200 Chestnut Street, Suite 502
    Philadelphia, Pennsylvania 19106
    (215) 597-2549

Dated: July 8, 2020

JENSEN BAGNATO, P.C.

By: 
    Erik B. Jensen, Esq.
    Attorney for Defendant
    1500 Walnut Street, Suite 1920
    Philadelphia, Pennsylvania 19102
    (215) 546-4700

Dated: July 7, 2020